IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KENNETH HOUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:18cv872-MHT |
| ) | (WO) |
| CARTER DAVENPORT, Warden, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit against two parole board members and the warden of a prison where he previously was incarcerated, claiming that the defendant warden approved a false disciplinary against him and that the defendant parole board members unconstitutionally denied him parole based on the false disciplinary. Plaintiff seeks injunctive relief in the form of expungement of the disciplinary and a new parole hearing where the challenged disciplinary is not considered.

This lawsuit is now before the court on two recommendations of the United States Magistrate Judge: one that the defendant warden's motion for summary judgment be granted, and another that the defendant parole board members' motion for summary judgment be granted. Also before the court are plaintiff's objections to the recommendations. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendations adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of January, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE