**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **KENNETH HOUSTON,**     ) | |
|     )  | |
|     Plaintiff,     ) | |
|     )  | CIVIL ACTION NO. |
|     v.     ) | 2:18cv872-MHT |
|     )  | (WO) |
| **CARTER DAVENPORT, Warden,**     ) | |
| **et al.,**     ) | |
|     )  | |
|     Defendants.     ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The objections (Doc. 57) are overruled.

(2) The United States Magistrate Judge's recommendations (Doc. 55 & Doc. 56) are adopted.

(3) Defendants' motions for summary judgment (Doc. 30 & Doc. 26) are granted.

(4) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of January, 2022.

                                                  /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE